

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARDELL ULYSSES CARTER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>LEE BACA, SHERIFF,<br><br>　　　　Respondent. | Case No. CV 11-3572-RSWL (RNB)<br><br>**JUDGMENT** |

In accordance with the Order re Summary Dismissal of Action Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: May 9, 2011

　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE